**INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY**

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| October 2, 2019 at 8:57:40 AM EDT | | 55 | 2 | Received |

Fax      Oct 2 2019 08:59am P001/002

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br>AIRA NELSON<br><br>_____<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 4:19-CR-271 |

## ARREST WARRANT

**To:** Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:1343 (Wire Fraud), et al.

Date: 09/26/2019           _[signature]_
                                                                               *Issuing officer's signature*

City and state: Williamsport, Pennsylvania     Peter J. Welsh, Clerk by L. Gonsalves, deputy
                                                                                    *Printed name and title*

### Return

This warrant was received on *(date)* 9/27/19, and the person was arrested on *(date)* 10/2/19
at *(city and state)* Wesley Chapel, FL.

Date: 10/2/19                         _[signature]_
                                                        *Arresting officer's signature*

                                                    BLENT TEMPLETON - SPECIAL AGENT
                                                             *Printed name and title*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL NO. 4: CR 19 271

: JUDGE BRANN
v. : JUDGE

AIRA NELSON, :

Defendant. : UNDER SEAL

## INDICTMENT

**THE GRAND JURY CHARGES:**

COUNTS ONE through TWELVE
Wire Fraud
18 U.S.C. § 1343

FILED
WILLIAMSPORT
SEP 26 2019
PER_____
DEPUTY CLERK

At times material to the Indictment:

### Introduction

1. AccuWeather, Inc. was an American media company headquartered in State College, Pennsylvania, that provided commercial weather forecasting services worldwide.

2. AccuWeather offered health care and dependent care Flexible Spending Accounts (FSA) as part of the benefits for its employees.

3. The FSA accounts allowed AccuWeather employees to contribute payroll withholdings to a third-party administrator account for reimbursement of qualified health care and dependent care costs and expenses.

4. From September 2015, through January 2018, WageWorks, headquartered in San Mateo, California, was the third party administrator for the health care and dependent care FSA accounts offered to employees of AccuWeather.

5. In January 2018, Benefit Resource, Inc. (BRI), a Rochester, New York based company, became the third party administrator for the health care and dependent care FSA accounts offered to employees of AccuWeather.

6. AccuWeather also offered to its employees a program of health and dental benefits, provided through Highmark, which was a "health care benefit program" as defined in 18 U.S.C. § 24(b).

7. AccuWeather used a payroll system to manage employee payroll deductions for health and dental insurance programs and a human resources information system to manage employee enrollment in health and dental benefit programs.

8. Defendant Aira Nelson was employed as the Employee Benefits Administrator for the AccuWeather Human Resources Department from September 2015 through July 2018.

9. As the Human Resources Benefits Administrator, Nelson managed and supervised all the benefits programs for the company, including the FSA accounts, and she had administrative access to and authorization over the payroll and human resources information systems used by AccuWeather.

10. Nelson controlled personal bank accounts at Santander Bank.

11. Santander Bank, N.A., formerly known as Sovereign Bank, was a wholly owned subsidiary of Spanish Santander Group based in Boston, Massachusetts, with numerous branch bank locations including one in State College, Pennsylvania.

### The Scheme and Artifice to Defraud

12. Beginning in or around September 2015, and continuing through in or around September 2018, the defendant,

**AIRA NELSON,**

knowingly and intentionally devised a scheme and artifice to defraud AccuWeather, and to obtain money and property from AccuWeather, totaling approximately $88,992.36, by means of materially false and fraudulent pretenses, representations and promises.

13. It was part of the scheme and artifice to defraud and to obtain money and property that:

14. Nelson fraudulently used her administrative access to and authorization over AccuWeather's benefits, payroll and human resources information systems to establish nine false, fraudulent and fictitious FSA accounts in the names of herself, her husband, an employee of AccuWeather, and seven fictitious individuals who were not employees of AccuWeather.

15. Nelson then fraudulently caused AccuWeather to fund the false, fictitious and fraudulent FSA accounts through unauthorized transfers of monies to pre-fund the accounts, rather than through regular employee payroll deductions.

16. Using her access and authorization over AccuWeather's administrative systems, Nelson fabricated false, fraudulent and fictitious health care and dependent care claims and then electronically

submitted them to WageWorks and BRI for reimbursement to the fictitious FSA accounts.

17. To receive the fraudulently obtained FSA claims reimbursement payments, Nelson linked the false, fraudulent and fictitious FSA accounts to her personal address and bank account that she and her husband maintained at Santander Bank in State College, Pennsylvania.

18. Using her access to and authorization over AccuWeather's administrative systems, Nelson caused WageWorks and BRI to transmit reimbursement payments for the false, fraudulent and fictitious health care and dependent care claims to the personal accounts that she controlled at Santander Bank.

19. Nelson fraudulently used her access to and authorization over AccuWeather's payroll system to prevent withholding of FSA contributions from her own AccuWeather payroll checks.

20. To conceal and cover up her fraudulent activities, Nelson fabricated FSA payroll deduction reports and other records and submitted the reports and records to Wage Works and BRI to make it

appear as if the fictitious FSA accounts were funded with employee payroll deductions.

21. To conceal and cover up her fraudulent activities, Nelson manually uploaded the fraudulent FSA deduction reports, rather than utilizing a direct electronic link between AccuWeather's payroll system and BRI.

22. To conceal and cover up her fraudulent activities, Nelson provided AccuWeather's accounting department with false and fictitious documents made to appear as if they were generated by the BRI benefits administration system.

23. As a result of submitting fraudulent health care and dependent care claims for the fictitious FSA accounts, Nelson received approximately $88,992.36 in fraudulent FSA claims reimbursements, through WageWorks and BRI, during the period between 2015 through 2018.

### Wire Transfers in Execution of the Scheme and Artifice

24. On or about the following dates, for the purpose of executing, and attempting to execute, the above described scheme and artifice to defraud AccuWeather and to obtain money and property from

AccuWeather by means of materially false and fraudulent pretenses, representations and promises, and omissions of material facts, the defendant Aira Nelson did knowingly transmit, and cause to be transmitted, by means of wire communication in interstate commerce, writings, signals, pictures and sounds, specifically the following electronic reimbursement claims:

| Count | Date | Description |
| --- | --- | --- |
| 1 | 10/03/2016 | Claim submitted to WageWorks representing that "Aldaberto Nelson" incurred $1,475.00 in childcare related expenses paid to Chesterbrook |
| 2 | 11/21/2016 | Claim submitted to WageWorks representing that K.B. incurred $4,100.00 in childcare related expenses paid to Our Lady of Victory Catholic School (OLOV) |
| 3 | 1/16/2017 | Claim submitted to WageWorks representing "Al Nelson" incurred $4,050.00 in childcare related expenses paid to Tutor Time |
| 4 | 03/31/2017 | Claim submitted to WageWorks representing that "James Nelson" incurred $5,000.00 in childcare related expenses paid to OLOV |

| | | |
|---|---|---|
| 5 | 04/04/2017 | Claim submitted to WageWorks representing that "Lowe Blitz" incurred $1,190.80 in health care related expenses paid to Nittany Eye Associates |
| 6 | 5/30/2017 | Claim submitted to WageWorks representing that "Brandon Thomas" incurred $2,454.20 in health care related expenses paid to Mount Nittany Medical Center |
| 7 | 11/01/2017 | Claim submitted to WageWorks representing that "Marit Navarro" incurred $3,060.77 in health care related expenses paid to Highmark |
| 8 | 11/09/2017 | Claim submitted to WageWorks representing that K.B. incurred $1,100.00 in childcare related expenses paid to OLOV |
| 9 | 11/21/2017 | Claim submitted to WageWorks representing that "Ben Clemente" incurred $2,463.66 in health care related expenses paid to Highmark |
| 10 | 12/04/2017 | Claim submitted to WageWorks representing that "Ben Clemente" incurred $3,600 in child care related expenses paid to OLOV |
| 11 | 4/4/2018 | Claim submitted to BRI representing |

|    |           | that Aira Nelson incurred $1,275.00 in childcare related expenses paid to OLOV |
|----|-----------|---|
| 12 | 7/27/2018 | Claim submitted to BRI representing that "Marit Navarro" incurred $2,790.00 in childcare related expenses paid to OLOV |

All in violation of Title 18, United States Code, Section 1343.

**THE GRAND JURY FURTHER CHARGES:**

### COUNTS 13 through 15
### Health Care Fraud
### 18 U.S.C. § 1347

25. The Grand Jury incorporates by reference paragraphs 1-11 and 14-23 of this Indictment as if set forth fully herein.

**The Scheme and Artifice to Defraud**

26. Beginning in or around January 2016, and continuing through in or around September 2018, the defendant,

### AIRA NELSON,

knowingly and intentionally devised a scheme and artifice to defraud a health care benefit program, that is the Highmark AccuWeather health and dental insurance program offered by AccuWeather to its employees for payment and reimbursement of health and dental care costs and

9

expenses, and to obtain money and property from the Highmark AccuWeather health and dental insurance program, totaling approximately $9,922.48, by means of materially false and fraudulent pretenses, representations and promises, in connection with the delivery and payment for health care benefits, items or services.

27. It was part of the scheme and artifice that defendant Aira Nelson employed the following manner and means:

28. Nelson enrolled herself and her family in the health and dental benefit programs, and then, using her administrative authority and access to the AccuWeather payroll and human resources information systems, she overrode and cancelled her payroll deductions for those benefits from the payroll system.

29. During the years 2016, 2017, and 2018, Nelson submitted approximately $13,000 in medical and dental claims for herself and her family, but contributed only $120 in payroll deductions to the health and dental plan.

30. By fraudulently overriding her payroll deductions, Nelson caused the AccuWeather Highmark health and dental insurance program to incur approximately $9,922.48 in expenses to cover her

health care claims, whereas had her contributions been properly deducted the net health care expense to AccuWeather would have been $23.91.

### Fraudulent Cancellation of Health Care Deductions in Execution of the Scheme and Artifice

31. On or about the following dates, for the purpose of executing, and attempting to execute, the above described scheme and artifice to defraud the Highmark AccuWeather health and dental insurance program offered by AccuWeather to its employees for payment and reimbursement of health care costs and expenses, and to obtain money and property from the Highmark AccuWeather health and dental insurance program by means of materially false and fraudulent pretenses, representations and promises, and omissions of material facts, the defendant,

**AIRA NELSON,**

did knowingly cause the fraudulent cancellation of the following annual health care program payroll deductions, for the payment of health care claims submitted by her:

| Count | Enrollment Year | Annual Health Care Program Payroll Deduction |
|---|---|---|
| 13 | 2016 | $3,138.16 |
| 14 | 2017 | $3,864.00 |
| 15 | 2018 | $2,920.32 |

All in violation of Title 18, United States Code, Section 1347.

A TRUE BILL

_____
FOREPERSON

Date: 9-26-19

DAVID J. FREED
United States Attorney

BY: _____
GEORGE J. ROCKTASHEL
Assistant United States Attorney

12